IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRUDENCE CHOU et al., | No. C-05-3203 MMC |
| Plaintiffs, | **ORDER GRANTING PLAINTIFF BETTY CHIANG'S MOTION TO WITHDRAW AS PLAINTIFF** |
| v. | |
| JOAN CHOW et al., | |
| Defendants / | |

    Before the Court is plaintiff Betty Chiang's request, filed January 13, 2006, to withdraw as a plaintiff in the instant action. The Court construes her request as a motion for voluntary dismissal of the claims asserted by her, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and hereby GRANTS said motion.

    Accordingly, all claims asserted by plaintiff Betty Chiang are hereby DISMISSED.

**IT IS SO ORDERED.**

Dated: January 17, 2006

MAXINE M. CHESNEY
United States District Judge