IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRUDENCE CHOU et al., | No. C-05-3203 MMC |
| Plaintiffs, | **ORDER DENYING PLAINTIFF PRUDENCE CHOU'S "MOTION NOT TO STAY ENE PROCEEDINGS"** |
| v. | |
| JOAN CHOW et al., | |
| Defendants / | |

On December 7, 2005, the Court issued an order extending the deadline for completion of early neutral evaluation ("ENE") to April 7, 2006 in light of the fact that defendant Joan Chow was required to file a dispositive motion by January 20, 2006, and that the hearing on any such motion could be as late as February 24, 2006. Before the Court is plaintiff Prudence Chou's "motion not to stay ENE proceedings," in which she argues that the Court is "depriving" her of her "right to benefit from a[n] ADR process." (See Motion at 1.) The Court has merely extended the deadline for completion of ENE, however, and has not deprived plaintiff of an opportunity to participate in the ENE process.

Accordingly, plaintiff's "motion not to stay ENE proceedings" is hereby DENIED.

**IT IS SO ORDERED.**

Dated: January 17, 2006

MAXINE M. CHESNEY
United States District Judge