IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRUDENCE CHOU et al., | No. C-05-3203 MMC |
| Plaintiffs, | **ORDER GRANTING PLAINTIFF PRUDENCE CHOU'S MOTION TO HAVE NEXT CASE MANAGEMENT CONFERENCE RECORDED** |
| v. | |
| JOAN CHOW et al., | |
| Defendants / | |

    Before the Court is plaintiff Prudence Chou's motion, filed January 13, 2006, to have the next case management conference recorded. Pursuant to the Court's December 7, 2005 order, the next case management conference is scheduled for February 24, 2006. In light of the disputes among the parties as to the content of statements made at the November 18, 2005 case management conference, plaintiff's motion is hereby GRANTED.

    **IT IS SO ORDERED.**

Dated: January 17, 2006

                                    MAXINE M. CHESNEY
                                    United States District Judge