**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRUDENCE CHOU et al., | No. C-05-3203 MMC |
| Plaintiffs, | **ORDER DENYING PLAINTIFF PRUDENCE CHOU'S "MOTION TO RESUME THE ADR (ENE) PROCEEDING"** |
| v. | |
| JOAN CHOW et al., | |
| Defendants / | |

    Before the Court is plaintiff Prudence Chou's motion, filed January 30, 2006, to "resume the ENE (ADR) proceeding scheduled on Feb. 16, 2006." The Court previously ordered that early neutral evaluation ("ENE") be completed by April 7, 2006. The Court sees no reason to interfere with the ADR Unit's scheduling of the ENE proceeding within the time period provided by the Court's order.

    Accordingly, plaintiff's motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: February 1, 2006

MAXINE M. CHESNEY
United States District Judge