IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRUDENCE CHOU et al., | No. C-05-3203 MMC |
| Plaintiffs, | **ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO RESCHEDULE HEARING; VACATING HEARING ON DEFENDANT JOAN CHOW'S MOTIONS TO DISMISS AND FOR SANCTIONS; CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| JOAN CHOW et al., | |
| Defendants / | |

Before the Court is plaintiff Prudence Chou's motion, filed January 30, 2006, to reschedule the hearing on defendant Joan Chow's motion to dismiss and motion for sanctions, currently scheduled to be heard February 24, 2006 at 9:00 a.m. Plaintiff argues that "[i]t is impossible for her to be at court in the early morning [by] 9:00 a.m. (particularly having traffic jam)," and requests that the Court continue the hearing to a time no earlier than 10:30 a.m.

The Court hears civil motions on Friday mornings at 9:00 a.m. Contrary to plaintiff's assertion, it is not "impossible" for persons residing in Sonoma County to appear in court in San Francisco by 9:00 a.m. Consequently, having chosen to file suit in this district, plaintiff must be prepared to comply with the Court's schedule.

Nevertheless, the Court, having reviewed the papers filed in support of and in opposition to the above-referenced motions, has determined that the motions are suitable for decision without oral argument, see Civil L.R. 7-1(b), and, accordingly, hereby

VACATES the February 24, 2006 hearing.  The Court will take the motions under submission as of February 10, 2006, the date defendant's replies are due, and will rule on the motions without a hearing.  Accordingly, plaintiff's motion to reschedule the hearing on defendant's motion to dismiss and motion for sanctions is hereby DENIED as moot.

In light of the pending motions, and plaintiff's failure to date to serve defendant People's Republic of China, the Court hereby CONTINUES the Case Management Conference from February 24, 2006 at 10:30 a.m. to March 31, 2006 at 10:30 a.m.

**IT IS SO ORDERED.**

Dated: February 6, 2006

MAXINE M. CHESNEY
United States District Judge